# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 01-50592
Summary Calendar

---

MARY E. VELA,

Plaintiff-Appellant,

versus

F. WHITTEN PETERS, Secretary of
the Department of the Air Force,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Western District of Texas
SA-99-CV-850

---

February 15, 2002
Before POLITZ, STEWART, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Mary E. Vela appeals the dismissal, alternatively, adverse summary judgment,

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of her claims against the Secretary of the Department of the Air Force for alleged discrimination on the basis of national origin, gender and age, and hostile environment and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.* Having reviewed the record, briefs of the parties and dispositive law, and on the facts as found, authorities cited, and analysis made by the Magistrate Judge in her careful and thorough Memorandum Decision and Order entered and filed on May 23, 2001, the judgment appealed is AFFIRMED.